UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

EMITERIA ALEGRIA,

       Plaintiff,                                            Case No.1:06-cv-164

v.                                                            Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 22, 2007, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                   /s/Richard Alan Enslen
July 18, 2007                                Richard Alan Enslen
                                              Senior United States District Judge